**Warren WYNN, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 58592.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 13, 1990.

Raymond Legg, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

Movant appeals after the trial court dismissed his Rule 29.15 motion. His motion was not timely filed. Movant concedes that the Missouri Supreme Court has ruled adversely to his position on this issue in other cases. *See Day v. State,* 770 S.W.2d 692 (Mo. banc 1989). An extended opinion would have no jurisprudential purpose.

The judgment is affirmed in accordance with Rule 84.16(b).